

# SUPREME COURT OF ARKANSAS

No. D-13-428

| | |
|---|---|
| STARK LIGON, AS EXECUTIVE DIRECTOR OF THE SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT<br><br>PETITIONER<br><br>V.<br><br>LISA DIANE DAVIS, ARKANSAS BAR NO. 2001072<br><br>RESPONDENT | **Opinion Delivered** September 12, 2013<br><br>MOTION FOR ORDER OF DEFAULT JUDGMENT OF DISBARMENT<br><br><u>SPECIAL MASTER APPOINTED</u>. |

## PER CURIAM

On May 20, 2013, Petitioner Stark Ligon, as Executive Director of the Arkansas Supreme Court Committee on Professional Conduct, filed with this court a petition for disbarment against Lisa Diane Davis. Ms. Davis was personally served with summons and a copy of the petition for disbarment on June 6, 2013. On June 17, 2013, Mr. Ligon mailed a letter addressed to Ms. Davis at the address where she was served. The letter included an additional copy of the receipt of service, the notice summons, and the first page of the disbarment petition. No response to the petition for disbarment has been filed by Ms. Davis. Mr. Ligon now prays that this court deem the allegations in the disbarment petition admitted and proven, that we enter an order of default judgment, and that Ms. Davis be disbarred.

We hereby appoint a special master, the Honorable John Cole, to make findings of fact, conclusions of law, and a recommendation as to the appropriate sanction. Upon receipt of the master's findings, we will render a decision in this matter.

Special master appointed.

*Stark Ligon*, for petitioner.

*Lisa Diane Davis*, pro se respondent.